GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED _____   _____ LODGED
_____ RECEIVED   _____ COPY

JUN 2 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>1.  Brandon Douglas McCain, Jr.,<br> (Counts 1 and 5 – 8)<br><br>2.  Sarai Aparicio,<br> (Counts 1 – 5)<br><br>3.  Angel Alvarez, and,<br> (Counts 1 and 6 – 7)<br><br>4.  Daniel Miranda, Jr.,<br> (Counts 1 and 8)<br><br>    Defendants. | No. CR-23-1006-PHX-DJH (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>   (Conspiracy)<br>   Count 1<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Material False Statement During the<br>Purchase of a Firearm)<br>Counts 2 – 4<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2),<br>and 2<br>(Material False Statement During the<br>Purchase of a Firearm, Aid and Abet)<br>Counts 5 – 8<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about May 10, 2022 through on or about December 21, 2022, within the District of Arizona and elsewhere, Defendants BRANDON DOUGLAS MCCAIN, JR., SARAI APARICIO, ANGEL ALVAREZ, DANIEL MIRANDA, JR., and others known

and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together to commit offenses against the United States, that is: (a) to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554(a), Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; and (b) in connection with the acquisition of a firearm from a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly made a false and fictitious written statement to the dealer of firearms, which statement was intended and likely to deceive the dealer of firearms as to a fact material to the lawfulness of such sale, in that the purchaser of the firearm stated that he/she was the actual transferee/buyer of the firearm when in fact he/she was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Purpose of the Conspiracy

The purpose of this conspiracy was (a) to obtain firearms from a licensed dealer of firearms by means of knowingly providing false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain; and (b) commit and assist in the commission of, the unlawful smuggling of nineteen (19) firearms from the United States into the Republic of Mexico. The firearms smuggled or intended to be smuggled in the course of this conspiracy includes:

1. Century Arms, Draco, 7.62x39, Pistol, Serial Number: SVP007174
2. Glock, G20SF, 10mm, Pistol, Serial Number: BWTG767
3. Pioneer, AK-47, 7.62x39, Rifle, Serial Number: PAC1170853
4. Pioneer, AK-47, 7.62x39, Rifle, Serial Number: PAC1175912

- 2 -

5. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47013292

6. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47010027

7. Pioneer, Hellpup, 7.62x39, Pistol, Serial Number: PAC1178110

8. Anderson, AM-15, .223/5.56, Pistol, Serial Number: 22063711

9. Beretta, 92FS, 9mm, Pistol, Serial Number: A310021Z

10. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47012265

11. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47013070

12. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47008735

13. FNA, Scar20S, 7.62x51, Rifle, Serial Number: PIR11583

14. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47012449

15. Century Arms, BFT47, 7.62x39, Rifle, Serial Number: BFT47008099

16. Century Arms, VSKA, 7.62x39, Rifle, Serial Number: SV7135687

17. Beretta, 92FS, 9mm, Pistol, Serial Number: BER831201

18. Century Arms, VSKA, 7.62x39, Rifle, Serial Number: BFT47008962

19. Beretta, M9, 9mm, Pistol, Serial Number: M9-244563

### The Means and Methods of the Conspiracy

The means and methods employed by Defendants BRANDON DOUGLAS MCCAIN, JR., SARAI APARICIO, ANGEL ALVAREZ, DANIEL MIRANDA, JR., and co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants BRANDON DOUGLAS MCCAIN, JR., SARAI APARICIO, ANGEL ALVAREZ and DANIEL MIRANDA, JR. would purchase firearms in the District of Arizona with the knowledge and intention that the firearms ultimately be transferred to BRANDON DOUGLAS MCCAIN, JR.

It was a further part of the conspiracy that Defendants BRANDON DOUGLAS MCCAIN, JR., SARAI APARICIO, ANGEL ALVAREZ, and DANIEL MIRANDA, JR. would complete all paperwork to indicate they were the true transferee/buyer of the firearms to facilitate the purchase of the firearms.

It was a further part of the conspiracy that Defendant BRANDON DOUGLAS

MCCAIN, JR. would transport SARAI APARICIO, ANGEL ALVAREZ, DANIEL MIRANDA, JR. to Jones and Jones to purchase these firearms.

It was a further part of the conspiracy that Defendant BRANDON DOUGLAS MCCAIN, JR. would provide payment to Defendants DANIEL MIRANDA, JR. and ANGEL ALVAREZ for their firearm purchases.

It was a further part of the conspiracy that Defendant BRANDON DOUGLAS MCCAIN, JR. would provide firearms to co-conspirators for transport to the Republic of Mexico.

It was a further part of the conspiracy that Defendants BRANDON DOUGLAS MCCAIN, JR., SARAI APARICIO, ANGEL ALVAREZ, DANIEL MIRANDA, JR. and/or co-conspirators did not have any valid license or other authority to export the firearms from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about May 10, 2022 and December 20, 2022, Defendant BRANDON DOUGLAS MCCAIN, JR. knowingly induced and procured Defendants SARAI APARICIO, ANGEL ALVAREZ, and DANIEL MIRANDA, JR. to make false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

Between on or about May 10, 2022 and December 3, 2022, Defendant BRANDON DOUGLAS MCCAIN, JR. purchased thirteen (13) firearms in five (5) transactions.

On four (4) separate occasions during the procurement of a total of four (4) firearms, Defendant SARAI APARICIO completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

- 4 -

On one (1) occasion during the procurement of a total of two (2) firearms, Defendant ANGEL ALVAREZ completed two (2) Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

On one (1) occasion during the attempted procurement of one (1) firearm, Defendant DANIEL MIRANDA, JR. completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

At Defendant BRANDON DOUGLAS MCCAIN, JR.'s direction, Defendants SARAI APARICIO, ANGEL ALVAREZ, and DANIEL MIRANDA, JR. provided all firearms to Defendant BRANDON DOUGLAS MCCAIN, JR.

At the time of the commission of these aforementioned overt acts, the aforementioned firearms qualified as United States Commerce Control List items, and therefore were prohibited by law for export from the United States into Mexico without a valid license. Defendants BRANDON DOUGLAS MCCAIN, JR., SARAI APARICIO, ANGEL ALVAREZ, DANIEL MIRANDA, JR. and their co-conspirators did not have a license or any other lawful authority to export the firearms from the United States into Mexico.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 - 4

On or about the dates listed below, in the District of Arizona, Defendant SARAI APARICIO knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant SARAI APARICIO did execute a Department of Justice, Bureau of Alcohol, Tobacco,

- 5 -

Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth in fact, she was purchasing the firearms on behalf of Defendant BRANDON DOUGLAS MCCAIN, JR.:

| Counts | Date | Business (FFL) |
| --- | --- | --- |
| 2 | 12/3/2022 | Jones and Jones |
| 3 | 12/9/2022 | Jones and Jones |
| 4 | 12/17/2022 | Jones and Jones |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 5

On or about December 20, 2022, in the District of Arizona, Defendant BRANDON DOUGLAS MCCAIN, JR. aided and abetted Defendant SARAI APARICIO, who knowingly made false statements and representations in connection with the acquisition of a firearm which were intended and likely to deceive Jones & Jones, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant SARAI APARICIO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer, whereas in truth in fact, she was purchasing the firearms on behalf of Defendant BRANDON DOUGLAS MCCAIN, JR.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNT 6

On or about December 20, 2022, in the District of Arizona, Defendant BRANDON DOUGLAS MCCAIN, JR. aided and abetted Defendant ANGEL ALVAREZ, who knowingly made false statements and representations in connection with the acquisition of

- 6 -

a firearm, to wit: a Century Arms, VSKA, 7.62x39, Rifle, Serial Number: BFT47008962, which were intended and likely to deceive Jones & Jones, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant ANGEL ALVAREZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant BRANDON DOUGLAS MCCAIN, JR.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 7

On or about December 20, 2022, in the District of Arizona, Defendant BRANDON DOUGLAS MCCAIN, JR. aided and abetted Defendant ANGEL ALVAREZ, who knowingly made false statements and representations in connection with the acquisition of a firearm, to wit: a Beretta, M9, 9mm, Pistol, Serial Number: M9-244562, which were intended and likely to deceive Jones & Jones, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant ANGEL ALVAREZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant BRANDON DOUGLAS MCCAIN, JR.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 8

On or about December 20, 2022, in the District of Arizona, Defendant BRANDON DOUGLAS MCCAIN, JR. aided and abetted Defendant DANIEL MIRANDA, JR., who

knowingly made false statements and representations in connection with the acquisition of a firearm, which were intended and likely to deceive Jones & Jones, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant DANIEL MIRANDA, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant BRANDON DOUGLAS MCCAIN, JR.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 8 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendants are liable, including, but not limited to, the following property involved and used in the offense:

(1) Beretta, 92FS, 9mm, Pistol, Serial Number: BER831201; and,

(2) Century Arms, VSKA, 7.62x39, Rifle, Serial Number: SV7135687.

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

- 8 -

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date:  June 27, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

_____/s/_____
ADDISON SANTOME
Assistant U.S. Attorney